UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Dallas Buyers Club, LLC,

                         Plaintiff(s),

v.                                              Case No. 2:14–cv–11653–SFC–PJK
                                                Hon. Sean F. Cox

Does 1–15,

                         Defendant(s),

_____

## ORDER TO SHOW CAUSE

    IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 12/4/2014, why the above–entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2.  Failure to respond may result in dismissal of the case.


                              s/Sean F. Cox                 
                              Sean F. Cox
                              U.S. District Judge



### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                         By: s/J. McCoy      
                              Case Manager

Dated:   November 20, 2014