UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Dallas Buyers Club, LLC,

    Plaintiff,

v.                                                                  Case No. 14-11653

Does 1-15,                                                    Sean F. Cox
                                                    United States District Court Judge

    Defendants.
_____/

## ORDER DISMISSING CASE
## FOR FAILURE TO PROSECUTE

Plaintiff filed this action against Defendants Does 1-15 on April 25, 2014. As of July 9, 2014, the docket reflected that no Defendants have been served. As such, this Court issued an Order to Show Cause on July 9, 2014 (Docket Entry No. 5) wherein the Court ordered Plaintiff to show cause, in writing, on or before December 4, 2014, why this case should not be dismissed for failure to prosecute.

Plaintiff has not responded to the Order and the time permitted for doing so has expired. Accordingly, IT IS ORDERED that this action is DISMISSED WITHOUT PREJUDICE for FAILURE TO PROSECUTE.

IT IS SO ORDERED.

                                        S/Sean F. Cox
                                        Sean F. Cox
                                        United States District Judge

Dated: December 17, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on

December 17, 2014, by electronic and/or ordinary mail.

                              S/Jennifer McCoy
                              Case Manager

December 17, 2014, by electronic and/or ordinary mail.

                              S/Jennifer McCoy
                              Case Manager